**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY SUNOCO PIPELINE L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS, AND OTHER PETROLEUM PRODUCTS IN THE TOWNSHIP OF UNION, HUNTINGDON COUNTY, PENNSYLVANIA, OVER THE LANDS OF STEPHEN GERHART AND ELLEN S. GERHART | : : : : : : : : : : : : : : | No. 400 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: STEPHEN GERHART AND ELLEN S. GERHART | : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.